UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GARY SEXTRO and GLORIA SEXTRO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 4:06CV1485-DJS |
| ) | |
| AUTO-OWNERS INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that summary judgment is entered in favor of defendant Auto-Owners Insurance Company and against plaintiffs Gary Sextro and Gloria Sextro on plaintiffs' petition for declaratory judgment and on defendant's counterclaim for declaratory judgment.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Workers Compensation and Employers Liability Insurance Policy, policy number 03-1705-07234970, issued by defendant to Capital Restoration, does not provide coverage for the workers compensation claims of Timmie Sherwood made in the State of Illinois.

Dated this ___19th___ day of November, 2007.

                                                      /s/Donald J. Stohr
                                                    UNITED STATES DISTRICT JUDGE